■ In the Matter of ANDREW M. DELONG, Respondent, v FRANCES A. BRISTOL, Appellant. (Appeal No. 1.) [984 NYS2d 916]—

■ In the Matter of ANDREW M. DELONG, Respondent, v FRANCES A. BRISTOL, Appellant. (Appeal No. 2.) [984 NYS2d 917]— Appeal from an order of the Family Court, Oswego County (Donald E. Todd, A.J.), entered March 6, 2013 in a proceeding pursuant to Family Court Act article 4. The order determined that respondent willfully violated a court order.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Delong v Bristol* (117 AD3d 1566 [2014]). Present—Smith, J.P., Peradotto, Carni, Sconiers and Valentino, JJ.